## NEWTECH RESEARCH SYSTEMS LLC, Plaintiff–Appellant,

v.

## UNITED STATES, Defendant–Appellee.

No. 2011–5120.

United States Court of Appeals, Federal Circuit.

March 13, 2012.

Thomas M. Dunlap, Dunlap, Grubb & Weaver, PLLC, of Leesburg, VA argued for plaintiff-appellant. Of counsel was David Ludwig.

Jacob A. Schunk, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director.

LINN, DYK, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**

## Philip G. LISAGOR, Petitioner,

v.

## DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2011–3116.

United States Court of Appeals, Federal Circuit.

March 13, 2012.

Thomas G. Jarrard, Law Office of Thomas G. Jarrard, PLLC, of Spokane, WA, argued for petitioner.

Jane W. Vanneman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Franklin E. White, Jr., Assistant Director.

LINN, PROST, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**